

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-14-00694-CV

Robert **LEAL** and Ramiro Leal,
Appellants

v.

**CUANTO ANTES MEJOR, LLC**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-02-00041-CVK
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

Appellants' Motion for Rehearing En Banc is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court